CYNTHIA MELLEMA (State Bar No. 122798)
MEGAN DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:         cmellema@sonnenschein.com
                  mdunham@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY,
STAN EISEN and RUSS NOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAKE SASSER, EVELYN SASSER, | No. CV 083793 JCS |
|---|---|
| Plaintiffs, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | |
| ALLSTATE INSURANCE COMPANY, STAN EISEN, RUSS NOTT AND DOES 1 through 200, inclusive, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:  August 11, 2008                                SONNENSCHEIN NATH & ROSENTHAL LLP


By _____*/s/ Megan Dunham*_____
            Megan Dunham

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

CASE NO. CV 083793 JCS                                                DECLINATION TO PROCEED BEFORE
                                                                                          MAGISTRATE JUDGE