1  CYNTHIA MELLEMA (State Bar No. 122798)
   MEGAN DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N. California Blvd., Suite 800
3  Walnut Creek, California 94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610
   Email:      cmellema@sonnenschein.com
5              mdunham@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY,
7  STAN EISEN and RUSS NOTT

8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE  DISTRICT OF CALIFORNIA

11              SAN FRANCISCO/OAKLAND DIVISION

12 | JAKE SASSER, EVELYN SASSER, | No. C 08-03793 SI |
13 | Plaintiffs, | PROOF OF SERVICE |
14 | vs. | |
15 | ALLSTATE INSURANCE COMPANY, | |
16 | STAN EISEN, RUSS NOTT AND DOES 1 through 200, inclusive, | |
17 | Defendants. | |

18

19     I, Gloria Courtney, hereby declare:

20     I am employed in the City of Walnut Creek, and in the County of Contra Costa, California,

21 in the office of a member of the bar of this court at whose direction the following service was

22 made.  I am over the age of eighteen years and not a party to the within action.  My business

23 address is Sonnenschein Nath & Rosenthal LLP, 2121 North California Boulevard, Suite 800,

24 Walnut Creek, California 94596.

25     On August 12, 2008, I caused to be served on the interested parties in this action the

26 following document(s):

27     1.     Civil Cover Sheet;

28     2.     Notice Of Removal Of A Civil Action (including Exhibits);

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600

-1-

3.    Notice To State Court That Action Has Been Removed To Federal Court;

4.    Notice To Plaintiffs That Action Has Been Removed To Federal Court;

5.    Order Setting Initial Case Management Conference And ADR Deadlines, with attached Standing Orders and CMC Order;

6.    U.S. District Court Northern California ECF Registration Information Handout;

7.    U.S. District Court Welcome Handout;

8.    Notice Of Assignment Of Case To U.S. Magistrate Judge For Trial, with blank Consent and Declination forms;

9.    Allstate's Declination to Proceed Before A Magistrate Judge and Request For Reassignment To A United States District Judge;

10.   Reassignment Order;

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Ivy McCray, Esq.                          Attorneys for Plaintiffs
Law Offices of Ivy McCray                 JAKE SASSER, EVELYN SASSER
829 - 61st Street
Oakland, CA  94608
Telephone:  510-653-4900
Facsimile:  510-450-0891

☒ U.S. MAIL:  I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 12, 2008, at Walnut Creek, California.

Gloria Courtney