CYNTHIA MELLEMA (State Bar No. 122798)
MEGAN DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:      cmellema@sonnenschein.com
            mdunham@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY,
STAN EISEN and RUSS NOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAKE SASSER, EVELYN SASSER,<br><br>   Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, STAN EISEN, RUSS NOTT AND DOES 1 through 200, inclusive,<br><br>   Defendants. | No. C 08-03793 SI<br><br>[PROPOSED] ORDER GRANTING STAN EISEN AND RUSS NOTT'S MOTION TO DISMISS |

On October 10, 2008, at 9:00 a.m., Stan Eisen and Russ Nott's motion to dismiss came on for hearing before the Honorable Susan Illston.  All parties were represented by counsel.

Based on the papers submitted in support of and in opposition to the motion, as well as oral argument, the Court finds that plaintiffs have failed to allege facts that would state a claim for relief against Mr. Eisen and Mr. Nott.  Mr. Eisen and Mr. Nott's motion to dismiss is therefore GRANTED.

IT IS SO ORDERED.


Dated:_____         _____
                                Honorable Susan Illston

CASE NO. C 08-03793 SI                    [PROPOSED] ORDER GRANTING
                                                 MOTION TO DISMISS