Ivy McCray, SBN 245927
Law Offices of Ivy McCray
829 - 61st Street
Oakland, CA 94608
Tel:  510-653-4900
Fax: 510-450-0891

Attorney for Plaintiffs
Jake Sasser, Evelyn Sasser

IN THE UNITED STATES DISTRICT COURT

OF NORTHERN CALIFORNIA

| | |
|---|---|
| JAKE SASSER, EVELYN SASSER | Case No. 3:08 cv-03793 SI |
| Plaintiffs | |
| v. | **DEMAND FOR JURY TRIAL** |
| ALLSTATE INSURANCE, STAN EISEN, RUSS NOTT AND DOES 1 through 200, inclusive, | |
| Defendants. | |

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

Demand is hereby made by Plaintiffs Jake Sasser and Evelyn Sasser for trial by jury in the above-entitled action.

Dated: August 12, 2008          LAW OFFICES OF IVY McCRAY

                                        _____/s/_____
                                        Ivy McCray , Attorney for Plaintiffs
                                        Jake Sasser, Evelyn Sas+ser